IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOHN JOHNSON                                                                                          PLAINTIFF

v.                                                Case No. 4:14-cv-04110

WRIGHT'S CLASS CO., L.L.C.;
WRIGHT'S GLASS CO., #2, L.L.C.;
LORIE PAGE; JOHNNY PAGE; and
JONATHAN P. PEDRON                                                                                 DEFENDANTS

# ORDER

Before the Court is Defendants' Unopposed Motion to Withdraw as Counsel. (ECF No. 28). Defendants seek to remove Anne M. Milligan as their counsel of record. Kirstie M. Simmerman and David E. Brezik will continue to represent Defendants in this matter.

Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Anne M. Milligan is hereby relieved as counsel of record for Defendants. The Clerk is directed to remove Ms. Milligan from the CM/ECF notification system for this case.

**IT IS SO ORDERED**, this 29th day of June, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge