IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JESSE RIVAS JOHNSON, Administrator
of the Estate of John Johnson                                                              PLAINTIFF

V.                              CASE NO. 4:14-CV-04110

WRIGHT'S GLASS CO., L.L.C.;
WRIGHT'S GLASS CO. #2, L.L.C.;
LORIE PAGE; JOHNNY PAGE; and
JONATHAN P. PEDRON                                                                       DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion to Dismiss with Prejudice. ECF No. 37. Plaintiff states that the parties have entered into an agreement that resolves all outstanding issues and moves to dismiss this action with prejudice. The Court finds that Plaintiff has shown good cause for the motion. Accordingly, Plaintiff's Motion to Dismiss with Prejudice (ECF No. 37) should be and hereby is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**. Furthermore, **IT IS ORDERED** that if any party desires that the terms of settlement be a part of the record, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this Order. The Court retains jurisdiction to vacate this Order and reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 2nd day of August, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge